IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:11-CV-245-MR-DCK

| CHARLES T. LEE, | ) |  |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| NORFOLK SOUTHERN RAILWAY CO., | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 12) concerning William C. Tucker, Jr., filed February 13, 2012. Mr. Tucker seeks to appear as counsel *pro hac vice* for Plaintiff Charles T. Lee.

Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, Mr. Tucker is hereby admitted to appear before the Court *pro hac vice* on behalf of Plaintiff Charles T. Lee.

Signed: February 14, 2012

David C. Keesler
United States Magistrate Judge