IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:11-CV-245-MR-DCK

| | |
|---|---|
| CHARLES T. LEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| NORFOLK SOUTHERN RAILWAY CO., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion To Examine/Confirm Discovery Scheduling Order" (Document No. 22) filed September 11, 2012. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of Defendant's counsel, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion To Examine/Confirm Discovery Scheduling Order" (Document No. 22) is **GRANTED**. The current Discovery Scheduling Order shall remain in effect.

**SO ORDERED**.

Signed: September 12, 2012

David C. Keesler
United States Magistrate Judge