# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Charles T. Lee, | ) | JUDGEMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:11-cv-00245-MR-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Norfolk Southern Railway Company, | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come from the court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's Wednesday, December 12, 2012 Memorandum of Decision and Order.

December 12, 2012

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court